**SEALED**

*No.* 1:22-CR-00232-JLT

**FILED**
Jun 22, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
vs.
1:22-cr-00232-JLT-SKO

MARTIN ALFREDO LEIVA-LEIVA, aka "Dark," aka "Dar," JOSE RENE BARRERA-MARTINEZ, aka "Fugitivo," ANGEL ANTONIO DIAZ-MORALES, aka, "Pecador," LUIS FAUSINO DIAZ-PINEDA, aka "Furioso," aka, "Minero," JUAN CARLOS URIAS-TORRES, aka "Grande," aka, "Master," ANGEL ANTONIO CASTRO-ALFARO, aka "Tony Weed," aka, "Discipulo," JOSE JOAQUIN ORELLANA, aka "Soberbio," JULIO CESAR RECINOS-SORTO, JOSE ARMANDO TORRES-GARCIA, aka "Driver," and JOSE SANTOS HERNANDEZ-OTERO, aka "Doble"

## S U P E R S E D I N G   I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 1962(d) – Conspiracy to Participate in a Racketeering Enterprise; 18 U.S.C. § 1959(a)(1) – Murder in Aid of Racketeering (6 Counts)

*A true bill,*

_____/ S /_____
*Foreman.*

*Filed in open court this* _____ *day*

*of* _____, A.D. 20 _____

_____
*Clerk.*

*Bail, $* ___ AS PREVIOUSLY SET FOR: LEIVA-LEIVA, URIAS-TORRES, DIAZ-MORALES, DIAZ-PINEDA, CASTRO-ALFARO, ORELLANA AND RECINOS-SORTO; PLEASE ISSUE NO-BAIL WARRANTS FOR ALL REMAINING DEFENDANTS

_____B. McAuliffe_____ 6/22/23_____

GPO 863 525

____ YES: SAB conflict in USAO (Before 01/01/13)    ___ Yes: SKO conflict in USAO (Before 4/12/10)    PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☒ SUPERSEDING: Case No. 1:22-CR-00232-JLT

**Name of District Court, and/or Judge/Magistrate Judge Location (City)**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
See Indictment

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**DEFENDANT -- U.S. vs.**
MARTIN ALFREDO LEIVA-LEIVA

Address:

Birth Date: (Optional unless a juvenile)

☒ Male ☐ Alien
☐ Female (if applicable)

Place of offense: FRESNO COUNTY
U.S.C. Citation: See Indictment

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any): RYAN DEMMON - FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
☒ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.
1:22-CR-00232

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained, give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed

DATE OF ARREST ▶ Mo. Day Year

Or . . . if Arresting Agency & Warrant were not Federal
DATE TRANSFERRED TO U.S. CUSTODY ▷ Mo. Day Year

Name and Office of Person Furnishing Information on THIS FORM: STACEY MEDINA
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**
X   **ADD FORFEITURE UNIT** (Check if Forfeiture Allegation)

**DEFENDANT IN CUSTODY; NEXT COURT DATE IS 6/23/2023**

____ YES: SAB conflict in USAO (Before 01/01/13)    ____ Yes: SKO conflict in USAO (Before 4/12/10)    PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☒ SUPERSEDING: Case No. 1:22-CR-00232-JLT

**OFFENSE CHARGED**
See Indictment

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense: FRESNO COUNTY
U.S.C. Citation: See Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**DEFENDANT – – U.S. vs.**
JOSE RENE BARRERA-MARTINEZ

Address:

Birth Date:

☒ Male    ☐ Alien
☐ Female   (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
RYAN DEMMON - FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
☒ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.
1:22-CR-00232

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: STACEY MEDINA

☒ U.S. Att'y    ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☒ Has not been arrested, pending outcome of this proceeding
If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No   If "Yes," give date filed
Mo. Day Year

**DATE OF ARREST** ▶

Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year
**DATE TRANSFERRED TO U.S. CUSTODY** ⇨

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

☒ **ADD FORFEITURE UNIT** (Check if Forfeiture Allegation)

**PLEASE ISSUE NO-BAIL WARRANT**

____ YES: SAB conflict in USAO (Before 01/01/13)   ___ Yes: SKO conflict in USAO (Before 4/12/10)   PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY   ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT
     ☒ SUPERSEDING: Case No. 1:22-CR-00232-JLT

**OFFENSE CHARGED**
See Indictment

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense: FRESNO COUNTY
U.S.C. Citation: See Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**DEFENDANT -- U.S. vs.**
▶ ANGEL ANTONIO DIAZ-MORALES

Address:

Birth Date: (Optional unless a juvenile)

☒ Male  ☐ Alien
☐ Female  (if applicable)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
RYAN DEMMON - FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense
☒ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.
1:22-CR-00232

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.

**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes," give date filed

DATE OF ARREST ▶                   Mo.  Day  Year

Or . . . if Arresting Agency & Warrant were not Federal
                                    Mo.  Day  Year
DATE TRANSFERRED TO U.S. CUSTODY ⇨

Name and Office of Person Furnishing Information on
THIS FORM: STACEY MEDINA
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS
[X] **ADD FORFEITURE UNIT** (Check if Forfeiture Allegation)

**DEFENDANT IN CUSTODY; NEXT COURT DATE IS 6/23/2023**

_____ YES: SAB conflict in USAO (Before 01/01/13)    _____ Yes: SKO conflict in USAO (Before 4/12/10)    PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☒ SUPERSEDING: Case No. 1:22-CR-00232-JLT

**Name of District Court, and/or Judge/Magistrate Judge Location (City)**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
See Indictment

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**Place of offense:** FRESNO COUNTY
**U.S.C. Citation:** See Indictment

**DEFENDANT -- U.S. vs.**
LUIS FAUSINO DIAZ-PINEDA

Address:

Birth Date: (Optional unless a juvenile)
☒ Male ☐ Alien
☐ Female (if applicable)

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
RYAN DEMMON - FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense
☒ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO. 1:22-CR-00232

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**
STACEY MEDINA
☒ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** JUSTIN GILIO

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed: Mo. Day Year

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not Federal
**DATE TRANSFERRED TO U.S. CUSTODY** ⇨ Mo. Day Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**
[X] **ADD FORFEITURE UNIT** (Check if Forfeiture Allegation)

**DEFENDANT IN CUSTODY; NEXT COURT DATE IS 6/23/2023**

_____ YES: SAB conflict in USAO (Before 01/01/13)   ___ Yes: SKO conflict in USAO (Before 4/12/10)   PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT
☒ SUPERSEDING: Case No. 1:22-CR-00232-JLT

**OFFENSE CHARGED**
See Indictment

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense: FRESNO COUNTY
U.S.C. Citation: See Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**DEFENDANT -- U.S. vs.**
▶ JUAN CARLOS URIAS-TORRES,

Address:

Birth Date:   ☒ Male   ☐ Alien
            ☐ Female  (if applicable)
(Optional unless a juvenile)

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
RYAN DEMMON - FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☒ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.
1:22-CR-00232

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO. ▶

Name and Office of Person Furnishing Information on
THIS FORM: STACEY MEDINA

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO

## DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes   If "Yes," give date filed
                          ☐ No

DATE OF ARREST ▶  Mo.   Day   Year

Or . . . if Arresting Agency & Warrant were not Federal
                                      Mo.   Day   Year
DATE TRANSFERRED TO U.S. CUSTODY ⇨

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS
[X] ADD FORFEITURE UNIT (Check if Forfeiture Allegation)

**DEFENDANT IN CUSTODY; NEXT COURT DATE IS 6/23/2023**

_____ YES: SAB conflict in USAO (Before 01/01/13)    _____ Yes: SKO conflict in USAO (Before 4/12/10)    PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY  ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT
    ☒ SUPERSEDING: Case No. 1:22-CR-00232-JLT

**OFFENSE CHARGED**
See Indictment

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense: FRESNO COUNTY
U.S.C. Citation: See Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**DEFENDANT -- U.S. vs.**
ANGEL ANTONIO CASTRO-ALFARO

Address:

Birth Date: (Optional unless a juvenile)
☒ Male  ☐ Alien
☐ Female  (if applicable)

### PROCEEDING
Name of Complainant Agency, or Person (& Title, if any)

RYAN DEMMON - FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y   ☐ Defense
☒ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.
1:22-CR-00232

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed
Mo.  Day  Year

**DATE OF ARREST** ▶
Or ... if Arresting Agency & Warrant were not Federal
Mo.  Day  Year
**DATE TRANSFERRED TO U.S. CUSTODY** ▷

Name and Office of Person Furnishing Information on
THIS FORM: STACEY MEDINA
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS
[X] **ADD FORFEITURE UNIT** (Check if Forfeiture Allegation)

**DEFENDANT IN CUSTODY; NEXT COURT DATE IS 6/23/2023**

AO 257 (Rev. 9/92)

_____ YES: SAB conflict in USAO (Before 01/01/13)   ___ Yes: SKO conflict in USAO (Before 4/12/10)   PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT
☒ SUPERSEDING: Case No. 1:22-CR-00232-JLT

**OFFENSE CHARGED**
See Indictment

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense: FRESNO COUNTY

U.S.C. Citation: See Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**DEFENDANT -- U.S. vs.**
▶ JOSE JOAQUIN ORELLANA

Address:

Birth Date:

☒ Male  ☐ Alien
☐ Female  (if applicable)

(Optional unless a juvenile)

### PROCEEDING
Name of Complainant Agency, or Person (& Title, if any)

RYAN DEMMON - FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
☒ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.
1:22-CR-00232

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: STACEY MEDINA

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO

### DEFENDANT
**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed

DATE OF ARREST ▶
Mo. Day Year

Or . . . if Arresting Agency & Warrant were not Federal
DATE TRANSFERRED TO U.S. CUSTODY ⇨
Mo. Day Year

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS
X  **ADD FORFEITURE UNIT** (Check if Forfeiture Allegation)

**DEFENDANT IN CUSTODY; NEXT COURT DATE IS 9/6/2023**

____ YES: SAB conflict in USAO (Before 01/01/13)   ___ Yes: SKO conflict in USAO (Before 4/12/10)   PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY  ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT
    ☒ SUPERSEDING: Case No. 1:22-CR-00232-JLT

**OFFENSE CHARGED**
See Indictment

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense: FRESNO COUNTY
U.S.C. Citation: See Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**DEFENDANT – – U.S. vs.**
JULIO CESAR RECINOS-SORTO,

Address:

Birth Date: (Optional unless a juvenile)
☒ Male   ☐ Alien
☐ Female  (if applicable)

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
RYAN DEMMON - FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
☒ this prosecution relates to a pending case involving this same defendant
SHOW DOCKET NO.
1:22-CR-00232

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

## DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed   Mo.  Day  Year

**DATE OF ARREST** ▶
Or ... if Arresting Agency & Warrant were not Federal
   Mo.  Day  Year
**DATE TRANSFERRED TO U.S. CUSTODY** ▷

Name and Office of Person Furnishing Information on THIS FORM: STACEY MEDINA
☒ U.S. Att'y  ☐ Other U.S. Agency
Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS
X  **ADD FORFEITURE UNIT** (Check if Forfeiture Allegation)

**DEFENDANT IN CUSTODY; NEXT COURT DATE IS 9/6/2023**

____ YES: SAB conflict in USAO (Before 01/01/13)    ____ Yes: SKO conflict in USAO (Before 4/12/10)    PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☒ SUPERSEDING: Case No. 1:22-CR-00232-JLT

**OFFENSE CHARGED**
See Indictment

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**Place of offense:** FRESNO COUNTY
**U.S.C. Citation:** See Indictment

**Name of District Court, and/or Judge/Magistrate Judge Location (City)**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**DEFENDANT -- U.S. vs.**
JOSE ARMANDO TORRES-GARCIA

Address:

Birth Date: (Optional unless a juvenile)

☒ Male ☐ Alien (if applicable)
☐ Female

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
RYAN DEMMON - FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
☒ this prosecution relates to a pending case involving this same defendant

**SHOW DOCKET NO.** 1:22-CR-00232

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

**MAGISTRATE JUDGE CASE NO.**

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed _____
Mo. Day Year

**DATE OF ARREST** ▶ _____

Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year
**DATE TRANSFERRED TO U.S. CUSTODY** ▷ _____

**Name and Office of Person Furnishing Information on THIS FORM:** STACEY MEDINA
☒ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** JUSTIN GILIO

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

X **ADD FORFEITURE UNIT** (Check if Forfeiture Allegation)

**PLEASE ISSUE NO-BAIL WARRANT**

AO 257 (Rev. 9/92)

____ YES: SAB conflict in USAO (Before 01/01/13)   ____ Yes: SKO conflict in USAO (Before 4/12/10)   PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT
    ☒ SUPERSEDING: Case No. 1:22-CR-00232-JLT

**OFFENSE CHARGED**
See Indictment

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense: FRESNO COUNTY
U.S.C. Citation: See Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**DEFENDANT -- U.S. vs.**
▶ JOSE SANTOS HERNANDEZ-OTERO

Address:

Birth Date: (Optional unless a juvenile)

☒ Male   ☐ Alien
☐ Female  (if applicable)

**PROCEEDING**
Name of Complainant Agency, or Person (& Title, if any)

RYAN DEMMON - FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y  ☐ Defense
☒ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.
1:22-CR-00232

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.

**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) ☒ Has not been arrested, pending outcome of this proceeding
       If not detained, give date any prior summons was served on above charges ▶ ____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State
       If answer to (6) is "Yes," show name of institution

Has detainer been filed?
☐ Yes  — If "Yes," give date filed
☐ No

DATE OF ARREST ▶ Mo. Day Year

Or... if Arresting Agency & Warrant were not Federal
DATE TRANSFERRED TO U.S. CUSTODY ⇨ Mo. Day Year

Name and Office of Person Furnishing Information on
THIS FORM: STACEY MEDINA
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**
[X] **ADD FORFEITURE UNIT** (Check if Forfeiture Allegation)

**PLEASE ISSUE NO-BAIL WARRANT**

## United States v. Martin Leiva et al.

### Penalties for Indictment

**Defendants**
MARTIN ALFREDO LEIVA-LEIVA, aka "Dark," aka "Dar"
JOSE RENE BARRERA-MARTINEZ, aka "Fugitivo"
ANGEL ANTONIO DIAZ-MORALES, aka "Pecador"
LUIS FAUSINO DIAZ-PINEDA, aka "Furioso," aka "Minero"
JUAN CARLOS URIAS-TORRES, aka "Grande," aka "Master"
ANGEL ANTONIO CASTRO-ALFARO, aka "Tony Weed," aka "Discipulo"
JOSE JOAQUIN ORELLANA, aka "Soberbio"
JULIO CESAR RECINOS-SORTO
JOSE ARMANDO TORRES-GARCIA, aka "Driver"
JOSE SANTOS HERNANDEZ-OTERO, aka "Doble"

**COUNT 1:** **MARTIN ALFREDO LEIVA-LEIVA,**
 aka "Dark," aka "Dar,"
**JOSE RENE BARRERA-MARTINEZ,**
 aka "Fugitivo,"
**ANGEL ANTONIO DIAZ-MORALES,**
 aka "Pecador,"
**LUIS FAUSINO DIAZ-PINEDA,**
 aka "Furioso," aka "Minero,"
**JUAN CARLOS URIAS-TORRES,**
 aka "Grande," aka "Master,"
**ANGEL ANTONIO CASTRO-ALFARO,**
 aka "Tony Weed," aka "Discipulo,"
**JOSE JOAQUIN ORELLANA,**
 aka "Soberbio,"
**JULIO CESAR RECINOS-SORTO;**
**JOSE ARMANDO TORRES-GARCIA,**
 aka "Driver," and
**JOSE SANTOS HERNANDEZ-OTERO,**
 aka "Doble"

VIOLATION: 18 U.S.C. § 1962(d) - Conspiracy to Participate in a Racketeering Enterprise

PENALTIES: A maximum of up to life in prison; or
Fine of up to $250,000 or twice the gross gain or gross loss resulting from the offense, whichever is the greatest; or both fine and imprisonment;
Supervised release of up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

| | |
|---|---|
| **COUNT 2:** | **MARTIN ALFREDO LEIVA-LEIVA,**<br>aka "Dark," aka "Dar," and<br>**ANGEL ANTONIO DIAZ-MORALES,**<br>aka "Pecador" |
| VIOLATION: | 18 U.S.C. §§ 1959(a)(1) and 2 – Murder in Aid of Racketeering |
| PENALTIES: | Mandatory minimum of life imprisonment;<br>Maximum of death; or<br>Fine of up to $250,000; or both fine and imprisonment<br>Supervised release of up to 5 years |

SPECIAL ASSESSMENT:  $100 (mandatory on each count)

| | |
|---|---|
| **COUNT 3:** | **MARTIN ALFREDO LEIVA-LEIVA,**<br>aka "Dark," aka "Dar," and<br>**JUAN CARLOS URIAS-TORRES,**<br>aka "Grande," aka "Master" |
| VIOLATION: | 18 U.S.C. §§ 1959(a)(1) and 2 – Murder in Aid of Racketeering |
| PENALTIES: | Mandatory minimum of life imprisonment;<br>Maximum of death; or<br>Fine of up to $250,000; or both fine and imprisonment<br>Supervised release of up to 5 years |

SPECIAL ASSESSMENT: $100 (mandatory on each count)

| | |
|---|---|
| **COUNT 4:** | **MARTIN ALFREDO LEIVA-LEIVA,**<br>    aka "Dark," aka "Dar,"<br>**JOSE JOAQUIN ORELLANA,**<br>    aka "Soberbio,"<br>**JULIO CESAR RECINOS-SORTO,**<br>**JOSE ARMANDO TORRES-GARCIA,**<br>    aka "Driver," and<br>**JOSE SANTOS HERNANDEZ-OTERO,**<br>    aka "Doble" |
| VIOLATION: | 18 U.S.C. §§ 1959(a)(1) and 2 – Murder in Aid of Racketeering |
| PENALTIES: | Mandatory minimum of life imprisonment;<br>Maximum of death; or<br>Fine of up to $250,000; or both fine and imprisonment<br>Supervised release of up to 5 years |

SPECIAL ASSESSMENT: $100 (mandatory on each count)

| | |
|---|---|
| **COUNT 5:** | **MARTIN ALFREDO LEIVA-LEIVA,**<br>    aka "Dark," aka "Dar,"<br>**JOSE JOAQUIN ORELLANA,**<br>    aka "Soberbio,"<br>**JULIO CESAR RECINOS-SORTO,**<br>**JOSE ARMANDO TORRES-GARCIA,**<br>    aka "Driver," and<br>**JOSE SANTOS HERNANDEZ-OTERO,**<br>    aka "Doble" |
| VIOLATION: | 18 U.S.C. §§ 1959(a)(1) and 2 – Murder in Aid of Racketeering |
| PENALTIES: | Mandatory minimum of life imprisonment;<br>Maximum of death; or<br>Fine of up to $250,000; or both fine and imprisonment<br>Supervised release of up to 5 years |

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 6:**       MARTIN ALFREDO LEIVA-LEIVA,
　　　　　　　　　　aka "Dark," aka "Dar,"
　　　　　　　JOSE RENE BARRERA-MARTINEZ,
　　　　　　　　　　aka "Fugitivo,"
　　　　　　　LUIS FAUSINO DIAZ-PINEDA,
　　　　　　　　　　aka "Furioso," aka "Minero," and
　　　　　　　ANGEL ANTONIO CASTRO-ALFARO,
　　　　　　　　　　aka "Tony Weed," aka "Discipulo"

VIOLATION:    18 U.S.C. §§ 1959(a)(1) and 2 – Murder in Aid of Racketeering

PENALTIES:    Mandatory minimum of life imprisonment;
　　　　　　　Maximum of death; or
　　　　　　　Fine of up to $250,000; or both fine and imprisonment
　　　　　　　Supervised release of up to 5 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 7:**       MARTIN ALFREDO LEIVA-LEIVA,
　　　　　　　　　　aka "Dark," aka "Dar," and
　　　　　　　JUAN CARLOS URIAS-TORRES,
　　　　　　　　　　aka "Grande," aka "Master"

VIOLATION:    18 U.S.C. §§ 1959(a)(1) and 2 – Murder in Aid of Racketeering

PENALTIES:    Mandatory minimum of life imprisonment;
　　　　　　　Maximum of death; or
　　　　　　　Fine of up to $250,000; or both fine and imprisonment
　　　　　　　Supervised release of up to 5 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)