Case 1:22-cr-00232-JCC-BAM   Document 65   Filed 06/23/23   Page 1 of 2

**SEALED**



FILED
Jun 23, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN ALFREDO LEIVA-LEIVA,<br>　AKA "DARK," AKA "DAR," ET AL.<br><br>　　　　　　Defendants. | CASE NO. 1:22-CR-00232-JLT-SKO<br><br>[~~PROPOSED~~] ORDER ON GOVERNMENT'S *EX PARTE* MOTION TO MODIFY SEALING ORDER; APPLICATION TO DISCLOSE PORTIONS OF SEALED INDICTMENT; AND FOR PROTECTIVE ORDER |

　　　　On June 23, 2023, the Court issued an order under seal on the United States of America's *ex parte* motion for an order modifying/clarifying the Court's order to seal an indictment issued on June 22, 2023, by the Honorable Barbara A. McAuliffe. The Court hereby issues this corresponding order to be served on Defendants and Defense counsel. IT IS HEREBY FOUND AND ORDERED:

　　　　The government shall file a redacted version of the indictment as to those defendants not in custody, and such redacted version of the indictment shall be sealed for 60 days or as ordered in further order of the court. The sealed redacted version of the Superseding Indictment shall be provided only to the federal courts conducting required proceedings in this case, prosecutors representing the United States in those appearances, and defense counsel appointed to represent any defendants arrested pursuant to warrants issued in this case.

　　　　The Court further orders that no person receiving a copy of the sealed Superseding Indictment captioned *United States v. Leiva-Leiva, et al.,* Case No. 1:23-CR-00232 JLT-SKO, may disseminate the document, file it on a public docket, or otherwise publicize the contents of the document.

　　　　Based on the government's filing, there is good cause to issue a protective order to keep the redacted version of the *Leiva-Leiva* superseding indictment under seal and subject to restrictive use. A limited disclosure of the document is ordered for the use of the federal courts presiding over matters

arising from the *Leiva-Leiva* superseding indictment, counsel for defendants appearing on the *Leiva-Leiva* superseding indictment, and any Assistant United States Attorney representing the United States in connection with the *Leiva-Leiva* superseding indictment.

The Court further ORDERS that parties and defense counsel, including but not limited to defense counsel's staff, investigators, and outside assistants, not disclose the contents of the *Leiva-Leiva* superseding indictment, case number 1:22-CR-00232-JLT-SKO, until further order of this Court.  Until the matter is unsealed, defense counsel, their staff, investigators, and outside assistants may permit the defendants, in the presence of members of the defense team, to review the contents of the *Leiva-Leiva* superseding indictment, case number 1:22-CR-00232-JLT-SKO.

IT IS FURTHER ORDERED THAT this ORDER shall remain in effect for 60 days (until August 22, 2023).   If the government seeks an extension of the order, it must file a motion to extend on or before August 22, 2023.  Otherwise, the redacted version of the *Leiva-Leiva* superseding indictment will be made public without necessitating a further Court order.

IT IS SO ORDERED.

Dated: 6/23/23

_____
BARBARA A. McAULIFFE
U.S. Magistrate Court Judge