*No. 1:22-CR-00232-JLT-SKO*

## UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

**FILED**
Feb 20, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

### THE UNITED STATES OF AMERICA
vs.

MARTIN ALFREDO LEIVA-LEIVA, aka "Dark," aka "Dar,"; JOSE RENE BARRERA-MARTINEZ, aka "Fugitivo,"; ANGEL ANTONIO DIAZ-MORALES, aka "Pecador,"; LUIS FAUSINO DIAZ-PINEDA, aka "Furioso," aka "Minero,"; JUAN CARLOS URIAS-TORRES, aka "Grande," aka "Master,"; ANGEL ANTONIO CASTRO-ALFARO, aka "Tony Weed," aka "Discipulo,"; JOSE JOAQUIN ORELLANA AMAYA, aka "Soberbio,"; JULIO CESAR RECINOS-SORTO, aka "Guero,"; JOSE ARMANDO TORRES-GARCIA, aka "Driver,"; JOSE SANTOS HERNANDEZ-OTERO, aka "Doble" AND OSCAR ARMANDO ORELLANA GUEVARA, aka "Paciente," aka "Cuche"

### S E C O N D  S U P E R S E D I N G  I N D I C T M E N T

VIOLATION(S): 18 U.S.C. § 1962(d) – Conspiracy to Participate in a Racketeering Enterprise; 18 U.S.C. § 1959(a)(1) – Murder in Aid of Racketeering (6 Counts); 18 U.S.C. § 1959(a)(3), (5) – Assault with a Dangerous Weapon And Attempted Murder in Aid of Racketeering

*A true bill,*

_____/s/_____
*Foreman.*

*Filed in open court this* _____ *day*

*of* _____, *A.D. 20* _____

_____
*Clerk.*

*Bail, $* __ PLEASE ISSUE NO BAIL WARRANTS FOR 2 DEFENDANTS; REMAINING DEFENDANTS ARE AS PREVIOUSLY SET

_____

GPO 863 525

# United States v. Martin Leiva-Leiva et al.

## Penalties for Second Superseding Indictment

**Defendants**

MARTIN ALFREDO LEIVA-LEIVA, aka "Dark," aka "Dar"
JOSE RENE BARRERA-MARTINEZ, aka "Fugitivo"
ANGEL ANTONIO DIAZ-MORALES, aka "Pecador"
LUIS FAUSINO DIAZ-PINEDA, aka "Furioso," aka "Minero"
JUAN CARLOS URIAS-TORRES, aka "Grande," aka "Master"
ANGEL ANTONIO CASTRO-ALFARO, aka "Tony Weed," aka "Discipulo"
JOSE JOAQUIN ORELLANA, aka "Soberbio"
JULIO CESAR RECINOS-SORTO, aka "Guero"
JOSE ARMANDO TORRES-GARCIA, aka "Driver"
JOSE SANTOS HERNANDEZ-OTERO, aka "Doble," and
OSCAR ARMANDO ORELLANA GUEVARA, aka "Paciente," aka "Cuche"

| | |
|---|---|
| **COUNT 1:** | **MARTIN ALFREDO LEIVA-LEIVA,** aka "Dark," aka "Dar," **JOSE RENE BARRERA-MARTINEZ,** aka "Fugitivo," **ANGEL ANTONIO DIAZ-MORALES,** aka "Pecador," **LUIS FAUSINO DIAZ-PINEDA,** aka "Furioso," aka "Minero," **JUAN CARLOS URIAS-TORRES,** aka "Grande," aka "Master," **ANGEL ANTONIO CASTRO-ALFARO,** aka "Tony Weed," aka "Discipulo," **JOSE JOAQUIN ORELLANA,** aka "Soberbio," **JULIO CESAR RECINOS-SORTO; JOSE ARMANDO TORRES-GARCIA,** aka "Driver" **JOSE SANTOS HERNANDEZ-OTERO,** aka "Doble" and **OSCAR ARMANDO ORELLANA GUEVARA,** aka "Paciente," aka "Cuche" |
| VIOLATION: | 18 U.S.C. § 1962(d) - Conspiracy to Participate in a Racketeering Enterprise |
| PENALTIES: | A maximum of up to life in prison; or Fine of up to $250,000 or twice the gross gain or gross loss resulting from the offense, whichever is the greatest; or both fine and imprisonment; Supervised release of up to life |

SPECIAL ASSESSMENT: $100 (mandatory on each count)


**COUNT 2:**            **MARTIN ALFREDO LEIVA-LEIVA,**
                             **aka "Dark," aka "Dar," and**
                        **ANGEL ANTONIO DIAZ-MORALES,**
                             **aka "Pecador"**

VIOLATION:        18 U.S.C. §§ 1959(a)(1) and 2 – Murder in Aid of Racketeering

PENALTIES:        Mandatory minimum of life imprisonment;
                  Maximum of death; or
                  Fine of up to $250,000; or both fine and imprisonment
                  Supervised release of up to 5 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)


**COUNT 3:**            **MARTIN ALFREDO LEIVA-LEIVA,**
                             **aka "Dark," aka "Dar," and**

VIOLATION:        18 U.S.C. §§ 1959(a)(1) and 2 – Murder in Aid of Racketeering

PENALTIES:        Mandatory minimum of life imprisonment;
                  Maximum of death; or
                  Fine of up to $250,000; or both fine and imprisonment
                  Supervised release of up to 5 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

| | |
|---|---|
| **COUNT 4:** | MARTIN ALFREDO LEIVA-LEIVA,<br>    aka "Dark," aka "Dar,"<br>JOSE JOAQUIN ORELLANA,<br>    aka "Soberbio,"<br>JULIO CESAR RECINOS-SORTO,<br>JOSE ARMANDO TORRES-GARCIA,<br>    aka "Driver," and<br>JOSE SANTOS HERNANDEZ-OTERO,<br>    aka "Doble" |
| VIOLATION: | 18 U.S.C. §§ 1959(a)(1) and 2 – Murder in Aid of Racketeering |
| PENALTIES: | Mandatory minimum of life imprisonment;<br>Maximum of death; or<br>Fine of up to $250,000; or both fine and imprisonment<br>Supervised release of up to 5 years |

SPECIAL ASSESSMENT: $100 (mandatory on each count)

| | |
|---|---|
| **COUNT 5:** | MARTIN ALFREDO LEIVA-LEIVA,<br>    aka "Dark," aka "Dar,"<br>JOSE JOAQUIN ORELLANA,<br>    aka "Soberbio,"<br>JULIO CESAR RECINOS-SORTO,<br>JOSE ARMANDO TORRES-GARCIA,<br>    aka "Driver," and<br>JOSE SANTOS HERNANDEZ-OTERO,<br>    aka "Doble" |
| VIOLATION: | 18 U.S.C. §§ 1959(a)(1) and 2 – Murder in Aid of Racketeering |
| PENALTIES: | Mandatory minimum of life imprisonment;<br>Maximum of death; or<br>Fine of up to $250,000; or both fine and imprisonment<br>Supervised release of up to 5 years |

SPECIAL ASSESSMENT: $100 (mandatory on each count)

| | |
|---|---|
| **COUNT 6:** | **MARTIN ALFREDO LEIVA-LEIVA,**<br>aka "Dark," aka "Dar,"<br>**JOSE RENE BARRERA-MARTINEZ,**<br>aka "Fugitivo,"<br>**LUIS FAUSINO DIAZ-PINEDA,**<br>aka "Furioso," aka "Minero," and<br>**ANGEL ANTONIO CASTRO-ALFARO,**<br>aka "Tony Weed," aka "Discipulo" |
| VIOLATION: | 18 U.S.C. §§ 1959(a)(1) and 2 – Murder in Aid of Racketeering |
| PENALTIES: | Mandatory minimum of life imprisonment;<br>Maximum of death; or<br>Fine of up to $250,000; or both fine and imprisonment<br>Supervised release of up to 5 years |

SPECIAL ASSESSMENT: $100 (mandatory on each count)

| | |
|---|---|
| **COUNT 7:** | **MARTIN ALFREDO LEIVA-LEIVA,**<br>aka "Dark," aka "Dar," and<br>**JUAN CARLOS URIAS-TORRES,**<br>aka "Grande," aka "Master" |
| VIOLATION: | 18 U.S.C. §§ 1959(a)(1) and 2 – Murder in Aid of Racketeering |
| PENALTIES: | Mandatory minimum of life imprisonment;<br>Maximum of death; or<br>Fine of up to $250,000; or both fine and imprisonment<br>Supervised release of up to 5 years |

SPECIAL ASSESSMENT: $100 (mandatory on each count)

| | |
|---|---|
| **COUNT 8:** | **OSCAR ARMANDO ORELLANA GUEVARA,**<br>aka "Paciente," aka "Cuche" |
| VIOLATION: | 18 U.S.C. §§ 1959(a)(3), (5) and 2 – Assault with a Dangerous Weapon and Attempted Murder in Aid of Racketeering |
| PENALTIES: | Not more than 20 years;<br>Fine of up to $250,000; or both fine and imprisonment<br>Supervised release of up to 3 years |

SPECIAL ASSESSMENT: $100 (mandatory on each count

| AO 257 (CAED rev. 4/2024) | Matter in USAO prior to Feb. 7, 2024 (KES conflict) ☑ YES ☐ NO | PER 18 U.S.C. 3170 |

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:22-cr-00232-BLW-BAM

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**OFFENSE CHARGED**
☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

Place of offense: Multiple states and territories

U.S.C. Citation: Please see indictment documents

**DEFENDANT -- U.S. vs.**
▶ MARTIN ALFREDO LEIVA-LEIVA aka DARK aka DAR

Address:

Birth Date: (Optional unless a juvenile)

☑ Male ☐ Alien
☐ Female (if applicable)

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
SA BEN WHITE, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

## DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed: Mo. Day Year

**DATE OF ARREST** ▶
Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year
**DATE TRANSFERRED TO U.S. CUSTODY** ▷

Name and Office of Person Furnishing Information on THIS FORM: MELINA ORTIZ
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO/ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

STATUS CONFERENCE SET FOR 2/26/2025 at 1PM.

# AO 257 (CAED rev. 4/2024)

**Matter in USAO prior to Feb. 7, 2024 (KES conflict)**  ☑ YES  ☐ NO   PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:22-cr-00232-BLW-BAM

**OFFENSE CHARGED**
☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

Place of offense: Multiple states and territories

U.S.C. Citation: Please see indictment documents

**Name of District Court, and/or Judge/Magistrate Judge Location (City)**
EASTERN DISTRICT OF CALIFORNIA, FRESNO

**DEFENDANT -- U.S. vs.**
▶ RENE BARRERA-MARTINEZ aka FUGITIVO

Address:

Birth Date: (Optional unless a juvenile)

☑ Male  ☐ Female   ☐ Alien (if applicable)

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any):
SA BEN WHITE, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: MELINA ORTIZ

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO/ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed: Mo. Day Year

DATE OF ARREST ▶
Or . . . if Arresting Agency & Warrant were not Federal
DATE TRANSFERRED TO U.S. CUSTODY ▷   Mo. Day Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

STATUS CONFERENCE SET FOR 2/26/2025 at 1PM.

| AO 257 (CAED rev. 4/2024) | Matter in USAO prior to Feb. 7, 2024 (KES conflict) [✓] YES [ ] NO | PER 18 U.S.C. 3170 |

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY: [ ] COMPLAINT [ ] INFORMATION [ ] INDICTMENT
[✓] SUPERSEDING: CASE No. 1:22-cr-00232-BLW-BAM

**OFFENSE CHARGED**
[ ] Petty
[ ] Minor
[ ] Misdemeanor
[■] Felony

Place of offense: Multiple states and territories

U.S.C. Citation: Please see indictment documents

Name of District Court, and/or Judge/Magistrate Judge Location (City):
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT – – U.S. vs.**
▶ ANGEL ANTONIO DIAZ-MORALES aka PECADOR

Address:

Birth Date:
[■] Male  [ ] Alien
[ ] Female  (if applicable)

(Optional unless a juvenile)

### PROCEEDING
Name of Complainant Agency, or Person (& Title, if any):
SA BEN WHITE, FBI

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per FRCrP [ ] 20 [ ] 21 [ ] 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Att'y  [ ] Defense
SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: MELINA ORTIZ
[■] U.S. Att'y  [ ] Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO/ROBERT VENEMAN-HUGHES
[✓] FORFEITURE ALLEGATION

### DEFENDANT
**IS *NOT* IN CUSTODY**
1) [ ] Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) [■] On this charge
5) [ ] On another conviction
6) [ ] Awaiting trial on other charges  [ ] Fed'l  [ ] State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  [ ] Yes  [ ] No
If "Yes," give date filed: Mo. Day Year

**DATE OF ARREST** ▶
Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year
**DATE TRANSFERRED TO U.S. CUSTODY** ▷

[ ] This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

STATUS CONFERENCE SET FOR 2/26/2025 at 1PM.

AO 257 (CAED rev. 4/2024)    **Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☑ YES ☐ NO    PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:22-cr-00232-BLW-BAM

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

Place of offense: Multiple states and territories

U.S.C. Citation: Please see indictment documents

Name of District Court, and/or Judge/Magistrate Judge Location (City):
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT – – U.S. vs.**
LUIS FAUSINO DIAZ-PINEDA
aka FURIOSO aka MINERO

Address:

Birth Date: (Optional unless a juvenile)

☑ Male ☐ Alien (if applicable)
☐ Female

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any):
SA BEN WHITE, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: MELINA ORTIZ

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO/ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed: Mo. Day Year

DATE OF ARREST:
Or . . . if Arresting Agency & Warrant were not Federal
DATE TRANSFERRED TO U.S. CUSTODY: Mo. Day Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

STATUS CONFERENCE SET FOR 2/26/2025 at 1PM.

AO 257 (CAED rev. 4/2024)    **Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☑ YES ☐ NO    PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:22-cr-00232-BLW-BAM

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

Place of offense: Multiple states and territories

U.S.C. Citation: Please see indictment documents

Name of District Court, and/or Judge/Magistrate Judge Location (City):
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT – – U.S. vs.**
JUAN CARLOS URIAS-TORRES
aka GRANDE aka MASTER

Address:

Birth Date: (Optional unless a juvenile)

☑ Male ☐ Alien
☐ Female (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any):
SA BEN WHITE, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: MELINA ORTIZ
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO/ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed: Mo. Day Year

**DATE OF ARREST** ▶
Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year
**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

STATUS CONFERENCE SET FOR 2/26/2025 at 1PM.

| AO 257 (CAED rev. 4/2024) | Matter in USAO prior to Feb. 7, 2024 (KES conflict) [✓] YES [ ] NO | PER 18 U.S.C. 3170 |

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: [ ] COMPLAINT [ ] INFORMATION [ ] INDICTMENT
[✓] SUPERSEDING: CASE No. 1:22-cr-00232-BLW-BAM

**OFFENSE CHARGED**
[ ] Petty
[ ] Minor
[ ] Misdemeanor
[■] Felony

Place of offense: Multiple states and territories

U.S.C. Citation: Please see indictment documents

Name of District Court, and/or Judge/Magistrate Judge Location (City):
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT -- U.S. vs.**
ANGEL ANTONIO CASTRO-ALFARO
aka TONY WEED aka DISCIPULO

Address:

Birth Date: (Optional unless a juvenile)
[■] Male [ ] Female [ ] Alien (if applicable)

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any):
SA BEN WHITE, FBI

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per FRCrP [ ] 20 [ ] 21 [ ] 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Att'y [ ] Defense
SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: MELINA ORTIZ
[■] U.S. Att'y [ ] Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO/ROBERT VENEMAN-HUGHES
[✓] FORFEITURE ALLEGATION

## DEFENDANT

**IS NOT IN CUSTODY**
1) [ ] Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) [■] On this charge
5) [ ] On another conviction
6) [ ] Awaiting trial on other charges [ ] Fed'l [ ] State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed? [ ] Yes [ ] No
If "Yes," give date filed: Mo. Day Year

**DATE OF ARREST**
Or... if Arresting Agency & Warrant were not Federal Mo. Day Year

**DATE TRANSFERRED TO U.S. CUSTODY**

[ ] This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

STATUS CONFERENCE SET FOR 2/26/2025 at 1PM.

| AO 257 (CAED rev. 4/2024) | Matter in USAO prior to Feb. 7, 2024 (KES conflict) ☑ YES ☐ NO | PER 18 U.S.C. 3170 |

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:22-cr-00232-BLW-BAM

**OFFENSE CHARGED**
☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**Place of offense:** Multiple states and territories

**U.S.C. Citation:** Please see indictment documents

**Name of District Court, and/or Judge/Magistrate Judge Location (City):**
EASTERN DISTRICT OF CALIFORNIA, FRESNO

**DEFENDANT – – U.S. vs.**
JOSE JOAQUIN ORELLANA AMAYA aka SOBERBIO

Address:

Birth Date:
☑ Male  ☐ Female  ☐ Alien (if applicable)
(Optional unless a juvenile)

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):** SA BEN WHITE, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM:** MELINA ORTIZ
☑ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** JUSTIN GILIO/ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
If not detained, give date any prior summons was served on above charges ▸ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed: Mo. Day Year

**DATE OF ARREST** ▸ _____
Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▹ _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

STATUS CONFERENCE SET FOR 2/26/2025 at 1PM.

AO 257 (CAED rev. 4/2024)     **Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☒ YES ☐ NO     PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☒ SUPERSEDING: CASE No. 1:22-cr-00232-BLW-BAM

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**OFFENSE CHARGED**
☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense: Multiple states and territories

U.S.C. Citation: Please see indictment documents

**DEFENDANT – – U.S. vs.**
JULIO CESAR RECINOS-SORTO aka GUERO

Address:

Birth Date: (Optional unless a juvenile)
☒ Male ☐ Alien
☐ Female (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
SA BEN WHITE, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed: Mo. Day Year

**DATE OF ARREST** ▶
Or . . . if Arresting Agency & Warrant were not Federal Mo. Day Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

Name and Office of Person Furnishing Information on THIS FORM: MELINA ORTIZ
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO/ROBERT VENEMAN-HUGHES
☒ FORFEITURE ALLEGATION

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

STATUS CONFERENCE SET FOR 2/26/2025 at 1PM.

AO 257 (CAED rev. 4/2024)

**Matter in USAO prior to Feb. 7, 2024 (KES conflict)** [✓] YES [ ] NO

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY [ ] COMPLAINT [ ] INFORMATION [ ] INDICTMENT
[✓] SUPERSEDING: CASE No. 1:22-cr-00232-BLW-BAM

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**OFFENSE CHARGED**
[ ] Petty
[ ] Minor
[ ] Misdemeanor
[ ] Felony

Place of offense: Multiple states and territories

U.S.C. Citation: Please see indictment documents

**DEFENDANT -- U.S. vs.**
JOSE ARMANDO TORRES-GARCIA aka DRIVER

Address:

Birth Date: (Optional unless a juvenile)

[■] Male  [ ] Alien
[ ] Female  (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
SA BEN WHITE, FBI

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per FRCrP [ ] 20 [ ] 21 [ ] 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Att'y [ ] Defense
SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: MELINA ORTIZ

[■] U.S. Att'y [ ] Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO/ROBERT VENEMAN-HUGHES
[✓] **FORFEITURE ALLEGATION**

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) [■] Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) [ ] On this charge
5) [ ] On another conviction
6) [ ] Awaiting trial on other charges [ ] Fed'l [ ] State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed? [ ] Yes [ ] No
If "Yes," give date filed
Mo. Day Year

**DATE OF ARREST** ▶
Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year
**DATE TRANSFERRED TO U.S. CUSTODY** ▷

[ ] This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PLEASE ISSUE NO-BAIL WARRANT

| AO 257 | Matter in USAO prior to Feb. 7, 2024 (KES conflict) ☑ YES ☐ NO | PER 18 U.S.C. 3170 |
| --- | --- | --- |
| (CAED rev. 4/2024) | | |

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION –– IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:22-cr-00232-BLW-BAM

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

Place of offense: Multiple states and territories

U.S.C. Citation: Please see indictment documents

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT –– U.S. vs.**
▶ JOSE SANTOS HERNANDEZ-OTERO aka DOBLE

Address:

Birth Date:

☑ Male ☐ Alien
☐ Female (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
SA BEN WHITE, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
▶ MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: MELINA ORTIZ

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO/ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶ ____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?
☐ Yes If "Yes," give date filed ____
☐ No
Mo. Day Year

**DATE OF ARREST** ▶ ____

Or... if Arresting Agency & Warrant were not Federal
Mo. Day Year
**DATE TRANSFERRED TO U.S. CUSTODY** ▷ ____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PLEASE ISSUE NO BAIL WARRANT.

| | | |
|---|---|---|
| AO 257 (CAED rev. 4/2024) | Matter in USAO prior to Feb. 7, 2024 (KES conflict) ☑ YES ☐ NO | PER 18 U.S.C. 3170 |

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION –– IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:22-cr-00232-BLW-BAM

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

Place of offense: Multiple states and territories

U.S.C. Citation: Please see indictment documents

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT –– U.S. vs.**
OSCAR ARMANDO ORELLANA GUEVARA aka PACIENTE aka CUCHE

Address:

Birth Date:

☑ Male  ☐ Alien (if applicable)
☐ Female

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
SA BEN WHITE, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☑ this prosecution relates to a pending case involving this same defendant
SHOW DOCKET NO. 1:21-cr-51

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: MELINA ORTIZ
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO/ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges ☑ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed
Mo. Day Year

**DATE OF ARREST** ▶
Or... if Arresting Agency & Warrant were not Federal
Mo. Day Year
**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

STATUS CONFERENCE SET FOR 2/26/2025 at 1PM.