1  MICHELE BECKWITH
   Acting United States Attorney
2  KIMBERLY A. SANCHEZ
   JUSTIN J. GILIO
3  ROBERT L. VENEMAN-HUGHES
   Assistant United States Attorneys
4  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
5  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
6

7  Attorneys for Plaintiff
   United States of America
8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                     EASTERN DISTRICT OF CALIFORNIA
11

12  UNITED STATES OF AMERICA,              CASE NO.  1:22-CR-00232-BLW-BAM

13                          Plaintiff,     STIPULATION TO RESET ARRAIGNMENT ON
                                           SECOND SUPERSEDING INDICTMENT; AND
14              v.                         ORDER

15  MARTIN LEIVA-LEIVA,                    DATE: March 11, 2025
                                           TIME: 2:00 p.m.
16                          Defendants.    COURT: Hon. Barbara A. McAuliffe

17

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20        1.      Defendant has been charged in a second superseding indictment and needs to be

21  arraigned on that indictment.

22        2.      Counsel for defense is available on March 11, 2025, at 2 P.M.

23        3.      The parties request that arraignment for the above-named defendant be set on that date

24  and time.

25        4.      No exclusion of time is necessary as time has been excluded through July 23, 2025.

26        5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

27  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

28  must commence.

   STIPULATION                                    1

1

2          IT IS SO STIPULATED.

3

4

5    Dated:  March 5, 2025                    MICHELE BECKWITH
                                              Acting United States Attorney

6

7                                             /s/ Robert L. Veneman-Hughes
                                              ROBERT L. VENEMAN-HUGHES
                                              Assistant United States Attorney
8

9

10   Dated:  March 5, 2025                    /s/ Tim Warriner
                                              TIM WARRINER
                                              Counsel for Defendant
11                                            Martin Leiva-Leiva

12

13                                   **ORDER**

14         IT IS SO ORDERED that the arraignment on the second superseding indictment, for this

15   defendant only, is advanced from March 12, 2025, to **March 11, 2025, at 2:00 p.m. in Courtroom 8**

16   **before Magistrate Judge Barbara A. McAuliffe**.

17   IT IS SO ORDERED.

18

19   Dated:   **March 5, 2025**              /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28

STIPULATION                              2