*No. 1:22-CR-00232-BLW-BAM*

**FILED**
May 01, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
vs.

MARTIN ALFREDO LEIVA-LEIVA, aka "Dark," aka "Dar", JOSE RENE BARRERA-MARTINEZ, aka "Fugitivo", ANGEL ANTONIO DIAZ-MORALES, aka "Pecador", LUIS FAUSINO DIAZ-PINEDA, aka "Furioso," aka "Minero", JUAN CARLOS URIAS-TORRES, aka "Grande," aka "Master", ANGEL ANTONIO CASTRO-ALFARO, aka "Tony Weed," aka "Discipulo", JOSE JOAQUIN ORELLANA AMAYA, aka "Soberbio", JULIO CESAR RECINOS-SORTO, aka "Guero", JOSE ARMANDO TORRES-GARCIA, aka "Driver", JOSE SANTOS HERNANDEZ-OTERO, aka "Doble" AND OSCAR ARMANDO ORELLANA GUEVARA, aka "Paciente," aka "Cuche",

### THIRD SUPERSEDING INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 1962(d) – Conspiracy to Participate in a Racketeering Enterprise; 18 U.S.C. § 1959(a)(1) – Murder in Aid of Racketeering (6 Counts); 18 U.S.C. § 1959(a)(3), (5) – Assault with a Dangerous Weapon and Attempted Murder in Aid of Racketeering;

*A true bill,*

_____ /S/ _____
*Foreman.*

*Filed in open court this* _____ *day*

*of* _____ *, A.D. 20* _____

_____
*Clerk.*

*Bail, $* \_\_AS PREVIOUSLY SET_____

B. McAuliffe          5/1/25

GPO 863 525

| AO 257 (CAED rev. 4/2024) | Matter in USAO prior to Feb. 7, 2024 (KES conflict) ☑ YES ☐ NO | PER 18 U.S.C. 3170 |

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:22-cr-00232-BLW-BAM

**Name of District Court, and/or Judge/Magistrate Judge Location (City)**
EASTERN DISTRICT OF CALIFORNIA, FRESNO

**OFFENSE CHARGED**
☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**Place of offense:** Multiple states and territories

**U.S.C. Citation:** Please see indictment documents

**DEFENDANT -- U.S. vs.**
MARTIN ALFREDO LEIVA-LEIVA aka DARK aka DAR

**Address:**

**Birth Date:** (Optional unless a juvenile)

☑ Male ☐ Alien
☐ Female (if applicable)

## PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
SA BEN WHITE, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM:** STACEY MEDINA
☑ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** JUSTIN GILIO/ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

**Has detainer been filed?** ☐ Yes ☐ No
If "Yes," give date filed: Mo. Day Year

**DATE OF ARREST:** ▶
Or... if Arresting Agency & Warrant were not Federal
Mo. Day Year
**DATE TRANSFERRED TO U.S. CUSTODY:** ▷

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

STATUS CONFERENCE SET FOR May 5, 2025, at 1:00 PM.

AO 257 (CAED rev. 4/2024)     **Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☑ YES ☐ NO     PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION –– IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:22-cr-00232-BLW-BAM

**Name of District Court, and/or Judge/Magistrate Judge Location (City)**
EASTERN DISTRICT OF CALIFORNIA, FRESNO

**OFFENSE CHARGED**
☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

Place of offense: Multiple states and territories
U.S.C. Citation: Please see indictment documents

**DEFENDANT –– U.S. vs.**
▶ JOSE RENE BARRERA-MARTINEZ aka FUGITIVO

Address:

Birth Date: 
☑ Male ☐ Alien
☐ Female (if applicable)
(Optional unless a juvenile)

### PROCEEDING
Name of Complainant Agency, or Person (& Title, if any)
SA BEN WHITE, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed: Mo. Day Year

**DATE OF ARREST** ▶
Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year
**DATE TRANSFERRED TO U.S. CUSTODY** ▷

Name and Office of Person Furnishing Information on THIS FORM: STACEY MEDINA
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO/ROBERT VENEMAN-HUGHES
☑ **FORFEITURE ALLEGATION**

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

STATUS CONFERENCE SET FOR May 5, 2025, at 1:00 PM.

AO 257 (CAED rev. 4/2024)     **Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☑ YES ☐ NO     PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:22-cr-00232-BLW-BAM

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

Place of offense: Multiple states and territories
U.S.C. Citation: Please see indictment documents

**DEFENDANT – – U.S. vs.**
ANGEL ANTONIO DIAZ-MORALES aka PECADOR

Address:

Birth Date: (Optional unless a juvenile)
☑ Male ☐ Female ☐ Alien (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
SA BEN WHITE, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed: Mo. Day Year

**DATE OF ARREST**
Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year
**DATE TRANSFERRED TO U.S. CUSTODY**

Name and Office of Person Furnishing Information on THIS FORM: STACEY MEDINA
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO/ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

STATUS CONFERENCE SET FOR May 5, 2025, at 1:00 PM

| AO 257 (CAED rev. 4/2024) | Matter in USAO prior to Feb. 7, 2024 (KES conflict) [✓] YES [ ] NO | PER 18 U.S.C. 3170 |

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT

**BY:** [ ] COMPLAINT  [ ] INFORMATION  [ ] INDICTMENT
[✓] SUPERSEDING: CASE No. 1:22-cr-00232-BLW-BAM

**OFFENSE CHARGED**
[ ] Petty
[ ] Minor
[ ] Misdemeanor
[■] Felony

**Place of offense:** Multiple states and territories
**U.S.C. Citation:** Please see indictment documents

**Name of District Court, and/or Judge/Magistrate Judge Location (City):**
EASTERN DISTRICT OF CALIFORNIA, FRESNO

**DEFENDANT — U.S. vs.**
LUIS FAUSINO DIAZ-PINEDA
aka FURIOSO aka MINERO

Address:
Birth Date: (Optional unless a juvenile)
[■] Male  [ ] Female  [ ] Alien (if applicable)

## PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):** SA BEN WHITE, FBI

[ ] person is awaiting trial in another Federal or State Court, give name of court
[ ] this person/proceeding is transferred from another district per FRCrP [ ] 20 [ ] 21 [ ] 40. Show District
[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of: [ ] U.S. Att'y [ ] Defense  SHOW DOCKET NO.
[ ] this prosecution relates to a pending case involving this same defendant
[ ] prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under  MAGISTRATE JUDGE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM:** STACEY MEDINA
[■] U.S. Att'y  [ ] Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** JUSTIN GILIO/ROBERT VENEMAN-HUGHES
[✓] FORFEITURE ALLEGATION

## DEFENDANT

**IS NOT IN CUSTODY**
1) [ ] Has not been arrested, pending outcome of this proceeding
    If not detained, give date any prior summons was served on above charges
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) [■] On this charge
5) [ ] On another conviction
6) [ ] Awaiting trial on other charges [ ] Fed'l [ ] State
    If answer to (6) is "Yes," show name of institution

Has detainer been filed?  [ ] Yes  [ ] No   If "Yes," give date filed Mo. Day Year

**DATE OF ARREST:**
Or... if Arresting Agency & Warrant were not Federal Mo. Day Year
**DATE TRANSFERRED TO U.S. CUSTODY:**

[ ] This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

STATUS CONFERENCE SET FOR May 5, 2025, at 1:00 PM.

| AO 257 (CAED rev. 4/2024) | Matter in USAO prior to Feb. 7, 2024 (KES conflict) ☑ YES ☐ NO | PER 18 U.S.C. 3170 |

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:22-cr-00232-BLW-BAM

**OFFENSE CHARGED**
☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

Place of offense: Multiple states and territories

U.S.C. Citation: Please see indictment documents

Name of District Court, and/or Judge/Magistrate Judge Location (City):
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT -- U.S. vs.**
JUAN CARLOS URIAS-TORRES
aka GRANDE aka MASTER

Address:

Birth Date:
☑ Male ☐ Alien
☐ Female (if applicable)

(Optional unless a juvenile)

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any):
SA BEN WHITE, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: STACEY MEDINA
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO/ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed
Mo. Day Year

DATE OF ARREST ▶
Or... if Arresting Agency & Warrant were not Federal
Mo. Day Year
DATE TRANSFERRED TO U.S. CUSTODY ▷

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

STATUS CONFERENCE SET FOR May 5, 2025, at 1:00 PM.

| AO 257 (CAED rev. 4/2024) | **Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☑ YES ☐ NO | PER 18 U.S.C. 3170 |

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:22-cr-00232-BLW-BAM

**OFFENSE CHARGED**
☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

Place of offense: Multiple states and territories
U.S.C. Citation: Please see indictment documents

Name of District Court, and/or Judge/Magistrate Judge Location (City):
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT – – U.S. vs.**
ANGEL ANTONIO CASTRO-ALFARO
aka TONY WEED aka DISCIPULO

Address:

Birth Date: (Optional unless a juvenile)

☑ Male ☐ Alien
☐ Female (if applicable)

### PROCEEDING
Name of Complainant Agency, or Person (& Title, if any):
SA BEN WHITE, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed: Mo. Day Year

**DATE OF ARREST**
Or . . . if Arresting Agency & Warrant were not Federal Mo. Day Year
**DATE TRANSFERRED TO U.S. CUSTODY**

Name and Office of Person Furnishing Information on THIS FORM: STACEY MEDINA
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO/ROBERT VENEMAN-HUGHES
☑ **FORFEITURE ALLEGATION**

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

STATUS CONFERENCE SET FOR May 5, 2025, at 1:00 PM

| | | |
|---|---|---|
| AO 257 (CAED rev. 4/2024) | **Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☑ YES ☐ NO | PER 18 U.S.C. 3170 |

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:22-cr-00232-BLW-BAM

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

Place of offense: Multiple states and territories

U.S.C. Citation: Please see indictment documents

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT -- U.S. vs.**
JOSE JOAQUIN ORELLANA AMAYA aka SOBERBIO

Address:

Birth Date: 

☑ Male ☐ Alien
☐ Female (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
SA BEN WHITE, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed: Mo. Day Year

**DATE OF ARREST**
Or ... if Arresting Agency & Warrant were not Federal
Mo. Day Year

**DATE TRANSFERRED TO U.S. CUSTODY**

Name and Office of Person Furnishing Information on THIS FORM: STACEY MEDINA
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO/ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

STATUS CONFERENCE SET FOR May 5, 2025, at 1:00 PM

| AO 257 | Matter in USAO prior to Feb. 7, 2024 (KES conflict) ☑ YES ☐ NO | PER 18 U.S.C. 3170 |
|---|---|---|
| (CAED rev. 4/2024) | | |

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:22-cr-00232-BLW-BAM

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

Place of offense: Multiple states and territories

U.S.C. Citation: Please see indictment documents

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

▶ **DEFENDANT – – U.S. vs.**
JULIO CESAR RECINOS-SORTO aka GUERO

Address:

Birth Date:
☑ Male ☐ Alien
☐ Female (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
SA BEN WHITE, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed: Mo. Day Year

**DATE OF ARREST** ▶

Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year
**DATE TRANSFERRED TO U.S. CUSTODY** ▷

Name and Office of Person Furnishing Information on THIS FORM: STACEY MEDINA
☑ U.S. Att'y ☐ Other U.S. Agency
Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO/ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

STATUS CONFERENCE SET FOR May 5, 2025, at 1:00 PM.

AO 257 (CAED rev. 4/2024)

**Matter in USAO prior to Feb. 7, 2024 (KES conflict)** ☑ YES ☐ NO

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:22-cr-00232-BLW-BAM

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

Place of offense: Multiple states and territories

U.S.C. Citation: Please see indictment documents

**DEFENDANT** – – U.S. vs.
JOSE ARMANDO TORRES-GARCIA aka DRIVER

Address

Birth Date

☑ Male ☐ Alien
☐ Female (if applicable)

(Optional unless a juvenile)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
SA BEN WHITE, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO.

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed
Mo. Day Year

**DATE OF ARREST**
Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year

**DATE TRANSFERRED TO U.S. CUSTODY**

Name and Office of Person Furnishing Information on THIS FORM: STACEY MEDINA
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO/ROBERT VENEMAN-HUGHES

☐ **FORFEITURE ALLEGATION**

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

CURRENTLY HAS OUTSTANDING WARRENT ISSUED FOR THIS DEFENDANT

**Matter in USAO prior to Feb. 7, 2024 (KES conflict)**  ✔ YES  ☐ NO

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY  ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:22-cr-00232-BLW-BAM

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense: Multiple states and territories

U.S.C. Citation: Please see indictment documents

Name of District Court, and/or Judge/Magistrate Judge Location (City):
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT** – – U.S. vs.
JOSE SANTOS HERNANDEZ-OTERO aka DOBLE

Address:

Birth Date:  ☒ Male  ☐ Female  ☐ Alien (if applicable)
(Optional unless a juvenile)

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any):
SA BEN WHITE, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: STACEY MEDINA
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): JUSTIN GILIO/ROBERT VENEMAN-HUGHES

☐ **FORFEITURE ALLEGATION**

## DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☒ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed
Mo.  Day  Year

**DATE OF ARREST**
Or . . . if Arresting Agency & Warrant were not Federal
Mo.  Day  Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

CURRENTLY HAS OUTSTANDING WARRANT ISSUED FOR THIS DEFENDANT

| AO 257 (CAED rev. 4/2024) | Matter in USAO prior to Feb. 7, 2024 (KES conflict) ☑ YES ☐ NO | PER 18 U.S.C. 3170 |

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT
☑ SUPERSEDING: CASE No. 1:22-cr-00232-BLW-BAM

**Name of District Court, and/or Judge/Magistrate Judge Location (City):**
EASTERN DISTRICT OF CALIFORNIA, FRESNO

**OFFENSE CHARGED**
☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT -- U.S. vs.**
OSCAR ARMANDO ORELLANA GUEVARA aka PACIENTE aka CUCHE

Address:

☑ Male ☐ Alien
☐ Female (if applicable)

Birth Date: (Optional unless a juvenile)

**Place of offense:** Multiple states and territories
**U.S.C. Citation:** Please see indictment documents

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):** SA BEN WHITE, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☑ this prosecution relates to a pending case involving this same defendant
1:21-cr-51

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges ☑ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed: Mo. Day Year

**DATE OF ARREST** ▶
Or... if Arresting Agency & Warrant were not Federal
Mo. Day Year
**DATE TRANSFERRED TO U.S. CUSTODY** ▷

**Name and Office of Person Furnishing Information on THIS FORM:** STACEY MEDINA
☑ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** JUSTIN GILIO/ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

STATUS CONFERENCE SET FOR May 5, 2025, at 1:00 PM

United States v. Martin Leiva-Leiva et al.

**Penalties for Third Superseding Indictment**

**Defendants**
MARTIN ALFREDO LEIVA-LEIVA, aka "Dark," aka "Dar"
JOSE RENE BARRERA-MARTINEZ, aka "Fugitivo"
ANGEL ANTONIO DIAZ-MORALES, aka "Pecador"
LUIS FAUSINO DIAZ-PINEDA, aka "Furioso," aka "Minero"
JUAN CARLOS URIAS-TORRES, aka "Grande," aka "Master"
ANGEL ANTONIO CASTRO-ALFARO, aka "Tony Weed," aka "Discipulo"
JOSE JOAQUIN ORELLANA, aka "Soberbio"
JULIO CESAR RECINOS-SORTO, aka "Guero"
JOSE ARMANDO TORRES-GARCIA, aka "Driver"
JOSE SANTOS HERNANDEZ-OTERO, aka "Doble," and
OSCAR ARMANDO ORELLANA GUEVARA, aka "Paciente," aka "Cuche"

| | |
|---|---|
| **COUNT 1:** | **MARTIN ALFREDO LEIVA-LEIVA,** aka "Dark," aka "Dar," **JOSE RENE BARRERA-MARTINEZ,** aka "Fugitivo," **ANGEL ANTONIO DIAZ-MORALES,** aka "Pecador," **LUIS FAUSINO DIAZ-PINEDA,** aka "Furioso," aka "Minero," **JUAN CARLOS URIAS-TORRES,** aka "Grande," aka "Master," **ANGEL ANTONIO CASTRO-ALFARO,** aka "Tony Weed," aka "Discipulo," **JOSE JOAQUIN ORELLANA,** aka "Soberbio," **JULIO CESAR RECINOS-SORTO; JOSE ARMANDO TORRES-GARCIA,** aka "Driver" **JOSE SANTOS HERNANDEZ-OTERO,** aka "Doble" and **OSCAR ARMANDO ORELLANA GUEVARA,** aka "Paciente," aka "Cuche" |
| VIOLATION: | 18 U.S.C. § 1962(d) - Conspiracy to Participate in a Racketeering Enterprise |
| PENALTIES: | A maximum of up to life in prison; or Fine of up to $250,000 or twice the gross gain or gross loss resulting from the offense, whichever is the greatest; or both fine and imprisonment; Supervised release of up to life |

2

SPECIAL ASSESSMENT: $100 (mandatory on each count)

| | |
|---|---|
| **COUNT 2:** | **MARTIN ALFREDO LEIVA-LEIVA,**<br>     aka "Dark," aka "Dar," and<br>**ANGEL ANTONIO DIAZ-MORALES,**<br>     aka "Pecador" |
| VIOLATION: | 18 U.S.C. §§ 1959(a)(1) and 2 – Murder in Aid of Racketeering |
| PENALTIES: | Mandatory minimum of life imprisonment;<br>Maximum of life (Diaz-Morales) or death (Leiva-Leiva only); or<br>Fine of up to $250,000; or both fine and imprisonment<br>Supervised release of up to 5 years |

SPECIAL ASSESSMENT: $100 (mandatory on each count)

| | |
|---|---|
| **COUNT 3:** | **MARTIN ALFREDO LEIVA-LEIVA,**<br>     aka "Dark," aka "Dar," and |
| VIOLATION: | 18 U.S.C. §§ 1959(a)(1) and 2 – Murder in Aid of Racketeering |
| PENALTIES: | Mandatory minimum of life imprisonment;<br>Maximum of death; or<br>Fine of up to $250,000; or both fine and imprisonment<br>Supervised release of up to 5 years |

SPECIAL ASSESSMENT: $100 (mandatory on each count)

| | |
|---|---|
| **COUNT 4:** | **MARTIN ALFREDO LEIVA-LEIVA,**<br>     aka "Dark," aka "Dar,"<br>**JOSE JOAQUIN ORELLANA,**<br>     aka "Soberbio,"<br>**JULIO CESAR RECINOS-SORTO,**<br>**JOSE ARMANDO TORRES-GARCIA,**<br>     aka "Driver," and<br>**JOSE SANTOS HERNANDEZ-OTERO,**<br>     aka "Doble" |
| VIOLATION: | 18 U.S.C. §§ 1959(a)(1) and 2 – Murder in Aid of Racketeering |
| PENALTIES: | Mandatory minimum of life imprisonment; |

Maximum of life (Orellana, Recinos-Sorto, Torres-Garcia, Hernandez-Otero) or death (Leiva-Leiva only); or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 5 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 5:** **MARTIN ALFREDO LEIVA-LEIVA,**
    **aka "Dark," aka "Dar,"**
**JOSE JOAQUIN ORELLANA,**
    **aka "Soberbio,"**
**JULIO CESAR RECINOS-SORTO,**
**JOSE ARMANDO TORRES-GARCIA,**
    **aka "Driver," and**
**JOSE SANTOS HERNANDEZ-OTERO,**
    **aka "Doble"**

VIOLATION: 18 U.S.C. §§ 1959(a)(1) and 2 – Murder in Aid of Racketeering

PENALTIES: Mandatory minimum of life imprisonment;
Maximum of life (Orellana, Recinos-Sorto, Torres-Garcia, Hernandez-Otero) or death (Leiva-Leiva only); or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 5 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 6:** **MARTIN ALFREDO LEIVA-LEIVA,**
    **aka "Dark," aka "Dar,"**
**JOSE RENE BARRERA-MARTINEZ,**
    **aka "Fugitivo,"**
**LUIS FAUSINO DIAZ-PINEDA,**
    **aka "Furioso," aka "Minero," and**
**ANGEL ANTONIO CASTRO-ALFARO,**
    **aka "Tony Weed," aka "Discipulo"**

VIOLATION: 18 U.S.C. §§ 1959(a)(1) and 2 – Murder in Aid of Racketeering

PENALTIES: Mandatory minimum of life imprisonment;
Maximum of life (Barrera-Martinez, Diaz-Pineda, Castro-Alfaro) or death (Leiva-Leiva only); or
Fine of up to $250,000; or both fine and imprisonment

Supervised release of up to 5 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 7:**     **MARTIN ALFREDO LEIVA-LEIVA,**
        **aka "Dark," aka "Dar," and**
    **JUAN CARLOS URIAS-TORRES,**
        **aka "Grande," aka "Master"**

VIOLATION:     18 U.S.C. §§ 1959(a)(1) and 2 – Murder in Aid of Racketeering

PENALTIES:     Mandatory minimum of life imprisonment;
    Maximum of life (Urias-Torres) or death (Leiva-Leiva); or
    Fine of up to $250,000; or both fine and imprisonment
    Supervised release of up to 5 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 8:**     **OSCAR ARMANDO ORELLANA GUEVARA,**
        **aka "Paciente," aka "Cuche"**

VIOLATION:     18 U.S.C. §§ 1959(a)(3), (5) and 2 – Assault with a Dangerous Weapon and Attempted Murder in Aid of Racketeering

PENALTIES:     Not more than 20 years;
    Fine of up to $250,000; or both fine and imprisonment
    Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count