IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN ALFREDO LEIVA-LEVIA,<br><br>Defendant. | Case No.: 1: 22-cr-00232-BLW-BAM<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

Having reviewed the government's request for an extension of time to file its Notice of Intent to Seek the Death Penalty against Martin Leiva-Leiva, and noting that the Defendant consents in this request, the deadline in this matter shall be modified as follows:

Government's Notice of Intent to Seek the Death Penalty Martin Leiva-Leiva shall be due August 8, 2025.

All other deadlines previously set in the Court's FIRST AMENDED CASE MANAGEMENT ORDER, ECF 350, remain in full force and effect.

DATED: August 4, 2025

B. Lynn Winmill
U.S. District Court Judge