IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>MARTIN ALFREDO LEIVA-LEIVA<br><br>                  Defendant. | CASE NO. 1:22-CR-00232-BLW-BAM<br><br>ORDER TO UNSEAL NOTICE OF INTENT TO SEEK DEATH |

    For the reasons set forth in the Motion to Unseal Notice of Intent to Seek Death, the Notice of Intent to Seek the Death Penalty filed by the United States on August 7, 2025, is hereby unsealed.



DATED: August 13, 2025

_____
B. Lynn Winmill
U.S. District Court Judge

ORDER TO UNSEAL                                                 1