IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>MARTIN ALFREDO LEIVA-LEVIA,<br><br>               Defendant. | Case No.: 1: 22-cr-00232-BLW-BAM<br><br>**ORDER GRANTING MOTION TO EXTEND DEADLINE FOR MOTIONS TO DISMISS; CHALLENGES TO THE DEATH PENALTY** |

Before the Court is Defendant Leiva-Leiva's unopposed Motion to Extend Deadline for Motions to Dismiss and Challenges to the Death Penalty (ECF 389). Defendant asks the Court to extend the deadline until sometime after October 6, 2025, which is the deadline for motions to suppress, motions to sever, and motions regarding jury venire. For the reasons outlined in the Motion, the Court finds good cause to extend the deadline until November 3, 2025.

THEREFORE, IT IS HEREBY ORDERED that Motions to Dismiss and Challenges to the Death Penalty are due by November 3, 2025; Responses are due by December 5, 2025; and Replies are due by December 22, 2025.

All other deadlines previously set in the Court's FIRST AMENDED CASE MANAGEMENT ORDER, ECF 350, remain in full force and effect.

1

2

3

4

DATED: September 5, 2025

_____

B. Lynn Winmill
U.S. District Court Judge