IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN ALFREDO LEIVA-LEVIA,<br><br>Defendant. | Case No.: 1: 22-cr-00232-BLW-BAM<br><br>**ORDER EXTENDING DEADLINE AND EXPEDITING BRIEFING** |

On October 28, 2025, Defendant Martin Leiva Leiva filed a Motion to Extend Deadline for Challenges to the Death Penalty, which is currently November 3, 2025. Dkt. 425. He does not propose a new deadline but argues that it should be set on or after the motion hearings on December 8, 2025. The Government opposes a deadline extension.

To allow full consideration of the matter, the Court will order expedited briefing and, in the interim, extend the deadline for challenges to the death penalty to **November 10, 2025**. The Government's Response to Defendant's Motion to Extend shall be due by **October 31, 2025**. Defendant's Reply, if any, shall be due by **November 4, 2025**.

THEREFORE, IT IS HEREBY ORDERED**:**

1. The Government's Response to Defendant Leiva Leiva's Motion to Extend is due by October 31, 2025.

-1-

2. Defendant Leiva Leiva's Reply is due by November 4, 2025.

3. Challenges to the Death Penalty are due by November 10, 2025.

DATED: October 28, 2025

*[signature]*
B. Lynn Winmill
U.S. District Court Judge