IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN ALFREDO LEIVA-LEVIA,<br><br>Defendant. | Case No.: 1: 22-cr-00232-BLW-BAM<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

IT IS HEREBY ORDERED that, to facilitate the prompt and orderly administration of justice, the following motion deadlines shall govern discovery disputes that pertain to Defendant Martin Leiva-Leiva's potential motion to dismiss and challenges to the death penalty:

1. Defendant's Motion on discovery issues due by December 2, 2025.

2. Government's Response due by December 16, 2025.

3. Defendant's Reply due by December 23, 2025.

4. Defendant's Motion to Dismiss and Challenges to the Death Penalty due by January 26, 2026.

DATED: November 17, 2025

B. Lynn Winmill
U.S. District Court Judge

Order - 1