IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MARTIN ALFREDO LEIVA-LEVIA et al,<br><br>        Defendant. | Case No.: 1: 22-cr-00232-BLW-BAM<br><br>**ORDER SETTING SUPPRESSION MOTION DEADLINES** |

IT IS HEREBY ORDERED that, pursuant to the parties' Request for Dates for Motion to Suppress, and to facilitate the prompt and orderly administration of justice, the following motion deadlines shall govern motions to suppress evidence.

1. Motions to Suppress due by January 12, 2026.

2. Government's Response due by February 9, 2026.

3. Defendants' Replies, if any, due by February 23, 2026.

DATED: December 22, 2025

B. Lynn Winmill
U.S. District Court Judge

Order - 1