IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARTIN ALFREDO LEIVA-LEVIA,<br><br><br>    Defendant. | Case No.: 1: 22-cr-00232-BLW-BAM<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO FILE REPLY MOTION** |

Good cause appearing, the Court hereby GRANTS Defendant Leiva-Leiva's unopposed Motion to Extend Time to File Reply Motion to Dismiss Due to Unlawful Jury Composition (Dkt. 438). The deadline is hereby extended to February 4, 2026.

DATED: January 15, 2026

B. Lynn Winmill
U.S. District Court Judge

Order - 1