IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARTIN ALFREDO LEIVA-LEVIA,

Defendant.

Case No.: 1: 22-cr-00232-BLW-BAM

**ORDER APPOINTING CJA COUNSEL**

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Good cause appearing, and considering Local Rule 180(b)(1), General Order 663 CJA Plan § XV.C.1.g (CJA appointments and pro hac vice appearance), and the Guide to Judiciary Policy, Vol. 7A concerning CJA appointed counsel,

IT IS HEREBY ORDERED that

1. Tivon Schardl, Law Office of SOVEIF Strategies, LLC, 4804 Caswell Ave., Austin, TX 78751, tivon@soveif.com, 512-799-9948, be appointed as co-counsel to represent the above Defendant in this case.

2. This District's $225 pro hac vice admission fee for their CJA appointment be waived in this case alone, providing counsel qualifies otherwise for

Order - 1

Local Rule 180(b)(1) admission to the United States District Court,

California Eastern District, and under the District's CJA Plan, General

Order 663.

DATED: March 4, 2026

B. Lynn Winmill
U.S. District Court Judge

Order - 2