IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN ALFREDO LEIVA-LEIVA, et al,<br><br>    Defendants. | Case No. 1:22-cr-00232-BLW-EPG<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

Before the Court is Defendant Martin Alfredo Leiva-Leiva's motion to compel the production of evidence. Dkt. 452. This motion was addressed at the February 2, 2026 hearing, and the Court now issues this written decision to formally resolve it.

The Court set forth the general procedural background of this case in a recently issued decision granting motions to sever and to continue Leiva-Leiva's trial. *See* Dkt. 511. The pertinent background here is that Leiva-Leiva moved to compel the Government to produce evidence and the Government opposed that motion. Dkts. 452, 465, 473. The Court then heard oral argument on the motion at the February 2, 2026 hearing. During that argument, Leiva-Leiva clarified that he sought to compel production of any evidence indicating that he was at the scene of

MEMORANDUM DECISION AND ORDER - 1

any of the charged murders at issue in this case. *Tr. of Motion to Compel Hearing* at 6-11, Dkt. 502 at 6-11. The Government responded that it did not have any such evidence. *Tr. of Motion to Compel Hearing* at 11-12, Dkt. 502 at 11-12. As a result, Leiva-Leiva informed the Court that he did not need any further information to proceed with the case. *Tr. of Motion to Compel Hearing* at 13, Dkt. 502 at 13.

Given this resolution of the motion to compel, the Court finds that motion moot. *See Cnty. of Los Angeles et al. v. Davis et al.*, 440 U.S. 625, 631 (1979) ("a case is moot when the issues presented are no longer live or the parties lack a legally cognizable interest in the outcome") (internal quotation marks omitted).

### ORDER

**IT IS ORDERED that:**

Defendant's Motion to Compel (Dkt. 452) is deemed **MOOT**.

DATED: March 9, 2026

B. Lynn Winmill
U.S. District Court Judge

MEMORANDUM DECISION AND ORDER - 2