IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MARTIN ALFREDO LEIVA-LEIVA ET AL,<br><br>　　　　　　　Defendant. | CASE NO.  1:22-CR-00232-BLW-EPG<br><br>THIRD AMENDED CASE MANAGEMENT ORDER |

Following the status conference between the Court and all Counsel on March 5, 2026, the Court now enters the following Third Amended Case Management Order.

1. **(All Defendants) Motions to Suppress / Motions to Dismiss**

   a. Motions: March 17, 2026

   b. Responses: April 14, 2026

   c. Replies: April 28, 2026

   d. Hearing: May 8, 2026

2. **(Leiva-Leiva) Motion for Grand Jury Transcript**

   a. Motions: February 16, 2026

   b. Response: March 16, 2026

   c. Replies: March 26, 2026

    d.  Hearing: April 20, 2026, along with Leiva Leiva Motion to Dismiss Indictment for Grand Jury Composition

3.  **(Orellana Guevara) All Parties' Expert Disclosures**

    a.  April 6, 2026

    b.  Rebuttal: May 4, 2026

4.  **(Leiva-Leiva) Motions to Strike Death Notice/Dismiss re Death Penalty/Constitutional Challenges to Death Penalty**

    a.  Motions: April 15, 2026

    b.  Responses: May 20, 2026

    c.  Replies: June 5, 2026

    d.  Hearing: June 22, 2026

5.  **(Orellana Guevara) Motions in Limine, including Motions to Preclude Experts**

    a.  Motions: May 18, 2026

    b.  Responses: June 1, 2026

    c.  Replies: June 8, 2026

6.  **(Orellana Guevara) Government Disclosure of Witness List and Exhibits**

    a.  June 8, 2026

7.  **(Orellana Guevara) Pretrial Conference, Hearing on Motions**

    a.  June 22, 2026

8.  **(Orellana Guevara) Trial Begins**

    a.  July 7, 2026

9.  **(Leiva-Leiva) Joint Proposed Jury Selection Plan with disagreements noted**

    a.  July 24, 2026

10. **(Leiva-Leiva) All other Motions not otherwise specified below**

    a.  Motions: August 4, 2026

    b.  Responses: September 1, 2026

    c.  Replies: September 15, 2026

    d.  Hearing: September 28, 2026, along with Government's motion to renew/amend notice of intent to seek death penalty

11. **(Leiva-Leiva) Government's Motion to Renew/Amend Notice of Intent to Seek Death Penalty[1]**

    a.  Motions: August 4, 2026

    b.  Responses: September 1, 2026

    c.  Replies: September 15, 2026

    d.  Hearing: September 28, 2026, along with all other motions not otherwise specified

---

[1] The defense's position is that this deadline is firm.  The government's position is that it intends to meet this deadline but reserves the right to amend the death notice at any time, on good cause, should circumstances require it at a later date.

THIRD AMENDED CASE MANAGEMENT ORDER - 3

**12.(Leiva-Leiva) Government Disclosure of Witness List and Preliminary Exhibit List – Guilt & Penalty Phases**

    a.  December 8, 2026

**13.(Leiva-Leiva) Government Rule 16 Non-Mental Health Expert Disclosures – Guilt & Penalty Phases**

    a.  Case-in-Chief: November, 3 2026

    b.  Rebuttal: December 8, 2026

**14.(Leiva-Leiva) Defense Rule 16 Non-Mental Health Expert Disclosures – Guilt Phase**

    a.  Case-in-Chief: December 8, 2026

    b.  Rebuttal: January 6, 2026

**15.(Leiva-Leiva) Defense Disclosure of Witness List and Preliminary Exhibit List – Guilt Phase**

    a.  January 6, 2026

**16.(Leiva-Leiva) Rule 12.2 / Intellectual Disability Notice**

    a.  Notice: January 6, 2027

    b.  Motion for rebuttal examination: January 20, 2027

    c.  Response to motion for rebuttal examination: February 10, 2027

**17.(Leiva-Leiva) Jury Summons Sent by Clerks' Office**

    a.  January 11, 2027

**18.(Leiva-Leiva) Joint Proposed Jury Instructions, disagreements noted**

THIRD AMENDED CASE MANAGEMENT ORDER - 4

    a.  February 10, 2027

**19.(Leiva-Leiva) Defense Expert Disclosures – Penalty Phase**

    a.  January 25, 2027

    b.  Rebuttal: February 15, 2027

**20.(Leiva-Leiva) Government Notice of 404(b) Evidence; Government Notice of 801(d)(2)(e)**

    a.  February 15, 2027

**21.(Leiva-Leiva) Motions in Limine; Motions to Preclude or Limit Expert Testimony**

    a.  Motions: March 8, 2027

    b.  Responses: April 5, 2027

    c.  Replies: April 19, 2027

    d.  Hearing: May 3, 2027

**22.(Leiva-Leiva) Jurors to Complete Special Questionnaire, Courthouse**

    a.  April 5 - April 14, 2027

**23.(Leiva-Leiva) Pretrial Conference; hearing on all pending pretrial Motions**:

    a.  May 3, 2027

**24.(Leiva-Leiva) Defense Applications for Writs of Habeas Corpus Ad Testificandum; Trial Subpoenas Requiring United States Marshal Service Transport**

    a.  May 3, 2027

**25.(Leiva-Leiva) Trial begins**

    a.  June 7, 2027


           DATED: March 10, 2026

           B. Lynn Winmill
           U.S. District Court Judge