IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1: 22-cr-00232-BLW-BAM |
| Plaintiff, | |
| v. | **ORDER TO REDACT** |
| MARTIN ALFREDO LEIVA-LEVIA, | |
| Defendant. | |

On March 17, 2026, Mr. Leiva-Leiva filed a Motion to Suppress Identification (Dkt. 519). That same day, defense counsel informed the Court that the motion was inadvertently filed with unredacted Personal Identifying Information. To prevent improper disclosure, the Court finds compelling reason to redact this information.

THEREFORE, IT IS HEREBY ORDERED that the Clerk shall replace the filing at Dkt. 519 with a redacted version of the document.

DATED: March 18, 2026

B. Lynn Winmill
U.S. District Court Judge

Order - 1