IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARTIN ALFREDO LEIVA-LEVIA,<br><br><br>　　　　Defendant. | Case No.: 1: 22-cr-00232-BLW-BAM<br><br>**ORDER GRANTING MOTION TO EXTEND DEADLINE FOR CHALLENGES TO THE DEATH PENALTY** |

Good cause appearing, the Court hereby GRANTS Defendant Leiva-Leiva's unopposed Motion to Extend Deadline for Challenges to the Death Penalty (Dkt. 537). The deadline is hereby extended to April 24, 2026. The Government's Response shall be due by May 22, 2026. Defendant's Reply shall be due by June 5, 2026.

DATED: April 15, 2026

B. Lynn Winmill
U.S. District Court Judge

Order - 1