

United States District Court
Eastern District of California

| United States | Case Number: | 22-cr-00232 BLW |

Plaintiff(s)

V.

| Martin Leiva Leiva |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Tivon Schardl _____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Martin Leiva Leiva

On _____01/13/2022_____ (date), I was admitted to practice and presently in good standing in the

_____State Bar of Texas_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____03/05/2026_____     Signature of Applicant: /s/ _Tivon Schardl_____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Tivon Schardl |
| Law Firm Name: | Law Office of SOVEIF Strategies, LLC |
| Address: | 4804 Caswell Ave. |

| | | | | | |
|---|---|---|---|---|---|
| City: | Austin | State: | TX | Zip: | 78751 |

Phone Number w/Area Code: (512) 799-9948

City and State of Residence: Austin, Texas

Primary E-mail Address: tivon@soveif.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Timothy E. Warriner |
| Law Firm Name: | warrinerlaw |
| Address: | 455 Capitol Mall, Suite 802 |

| | | | | | |
|---|---|---|---|---|---|
| City: | Sacramento | State: | CA | Zip: | 95814 |

Phone Number w/Area Code: (916) 443-7141          Bar # 166128

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 04/20/26

_____
JUDGE, U.S. DISTRICT COURT

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

February 03, 2026

Re: Tivon Schardl, State Bar Number 24127495

To Whom It May Concern:

This is to certify that Tivon Schardl was licensed to practice law in Texas on January 13, 2022, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253