IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                         )   Case No. 1:22-CR-00232-BLW-EPG
            Plaintiff,                   )
                                         )   ORDER SEALING DOCUMENTS 558 &
v.                                       )   561
                                         )
MARTÍN ALFREDO LEIVA                     )
LEIVA,                                   )
                                         )
            Defendant.                   )
                                         )

The Court has before it Defendant Leiva Leiva's Motion to Seal ECF Documents 558 and 561 on grounds that the filings contain information disclosed in discovery pursuant to a protective order. The Court finds sealing this pre-trial material is appropriate and consistent with the qualified right of access to judicial materials. Accordingly, Defendant's motion is GRANTED. The Clerk shall maintain ECF Documents 558 and 561 under seal.

IT IS SO ORDERED.

DATED: May 5, 2026

B. Lynn Winmill
U.S. District Court Judge