ERIC GRANT
United States Attorney
KIMBERLY A. SANCHEZ
JUSTIN J. GILIO
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00232-BLW-EPG |
| Plaintiff, | STIPULATION AND ORDER TO RESET DEATH PENALTY MOTION DEADLINES |
| v. | |
| MARTIN LEIVA-LEIVA, | |
| Defendant. | |

1.     On April 24, 2026, Defendant filed several motions relating to the Death Penalty in this case, having earlier requested an extension of the filing deadline from April 15, 2026.

2.     The Government needs more time to respond to these motions than originally set forth. The parties have met and conferred, and agreed upon a revised schedule as follows:

        a)     Responses due:          May 29, 2026

        b)     Replies due:             June 12, 2026

3.     The parties request that the Court adopt this proposed schedule, which will keep the matter fully briefed in advance of the June 22, 2026 hearing date.

DEATH PENALTY RESPONSE DEADLINES

1

Dated:  May 19, 2026

ERIC GRANT
United States Attorney

/s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated:  May 19, 2026

/s/ Kim Freter
Kim Freter
Tivon Schardl
Tim Warriner
Counsel for Defendant
Martin Leiva-Leiva

ORDER

Death penalty motion deadlines are reset as follows:

Responses due:          May 29, 2026

Replies due:            June 12, 2026

DATED: May 20, 2026

B. Lynn Winmill
U.S. District Court Judge

DEATH PENALTY RESPONSE DEADLINES                    2