IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN LEIVA LEIVA (1),<br><br>Defendant. | ) | Case № 1:22-cr-00232-BLW-EPG<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO FILE "ALL OTHER MOTIONS"** |

Good cause appearing, the Court hereby GRANTS Unopposed Motion for Extension of Deadline to file "All Other Motions Not Otherwise Specified Below" Under the Third Amended Case Management Order (Dkt. 697).

The deadline is hereby extended to November 4, 2026. The Government's response deadline is extended to December 1, 2026 and Mr. Leiva Leiva's reply deadline extended to December 15, 2026.

DATED: July 20, 2026

B. Lynn Winmill
U.S. District Court Judge