# United States District Court
# Eastern District of California

United States

Plaintiff(s)

V.

Martin Levia Levia

Defendant(s)

Case Number: 22-cr-00232 BLW

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Patrick S. Kilgore hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Martin Levia Levia

On 05/10/2001 (date), I was admitted to practice and presently in good standing in the State Bar of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/27/2026 Signature of Applicant: /s/ Patrick S. Kilgore

**Pro Hac Vice Attorney**

Applicant's Name: Patrick S. Kilgore

Law Firm Name: Assistant Federal Defender Southern District of Illinois

Address: *not compensated by E. Dist. of Cal. CJA

401 West Main Street

City: Benton State: IL Zip: 62812

Phone Number w/Area Code: (618) 435-2552

City and State of Residence: Mascoutah, Illinois

Primary E-mail Address: patrick_kilgore@fd.org

Secondary E-mail Address: ______________________

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Timothy E. Warriner

Law Firm Name: warrinerlaw

Address: 455 Capital Mall, Suite 802

City: Sacramento State: CA Zip: 95814

Phone Number w/Area Code: (916) 443-7141 Bar # 166128

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER. The Pro Hac Vice fee is waived.

Dated: 07/31/2026

JUDGE, U.S. DISTRICT COURT