IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARTIN ALFREDO LEIVA-LEIVA,

Defendant.

CASE NO. 1:22-CR-00232-BLW-EPG

**ORDER AMENDING MEMORANDUM DECISION AND ORDER**

Pursuant to Federal Rule of Civil Procedure 60(a), the Court hereby **AMENDS** the Memorandum Decision and Order issued on August 3, 2026, to correct clerical mistakes. An Amended Memorandum Decision & Order shall issue concurrently with this Order.

DATED: August 5, 2026

B. Lynn Winmill
U.S. District Court Judge