IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARTÍN ALFREDO LEIVA LEIVA,<br>Defendant. | Case No. 1:22-CR-00232-BLW-EPG<br>Order Granting Leave to Withdraw |

Co-counsel for Defendant Leiva Leiva has moved this Court for leave to withdraw from his appointment. The Court, being fully apprised of the matter, finds Mr. Leiva Leiva will continue to be represented by learned counsel and local counsel in compliance with 18 U.S.C. §§ 3005 and 3599(b). Accordingly, the motion is GRANTED and Tivon Schardl is relieved of his appointment in this matter effective October 5, 2026.

IT IS SO ORDERED.

Dated: September 28, 2026

Hon. B. Lynn Winmill
United States District Judge