UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARTIN LEIVA-LEIVA,

Defendant.

Case No. 1:22-cr-00232-BLW

**ORDER**

The Court held a status conference on September 28, 2026. Based on that conference, the Court now issues the following order:

**IT IS HEREBY ORDERED** that the following deadlines and procedures shall govern this matter:

1. **Trial Date**: The trial shall be set for **August 3, 2027**, in the Federal Courthouse in Fresno, California. During jury selection, the trial will run five days a week, Monday through Friday. Then, once the presentation of evidence begins, the trial will run four days a week, Monday through Thursday, excepting federal holidays.

2. **Jury Selection**: The Court has discretion to determine the manner of jury selection. Fed. R. Crim. P. 24. In the interest of efficiency, the Court will adopt Defendant's proposed "strike-as-you-go" jury

selection procedure. *See* Dkt. 728. The Clerk of Court will summon panels of 12 potential jurors to appear beginning on the first day of trial and then call successive 12-juror panels until enough jurors and alternates have been qualified. Challenges for cause will be argued and ruled upon after the completion of individual voir dire for each prospective juror. The parties will exercise peremptory challenges at the conclusion of the Court's rulings on strikes for cause for all 12 jurors in each 12-juror panel.

3. **Proposed Deadlines**: The parties shall submit proposed case management deadlines on or before **October 16, 2026**.

4. **Status Conference**: A video status conference will be held on **November 5, 2026**, at 2:30 p.m. A Zoom link will be provided prior to the date of the conference.

DATED: October 2, 2026

B. Lynn Winmill

B. Lynn Winmill
U.S. District Court Judge