IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARTIN ALFREDO LEIVA-LEIVA,

Defendant.

Case No. 1:22-CR-00232-BLW-EPG

**FOURTH AMENDED CASE MANAGEMENT ORDER**

The parties, having met and conferred, jointly propose the following revised scheduling order in advance of the August 3, 2027, trial. Good cause appearing, the Court now enters the Fourth Amended Case Management Order:

1. **All other Motions not specified below**[1]
   a. Motions: December 4, 2026
   b. Responses: January 4, 2027
   c. Replies: January 19, 2027
2. **Government Rule 16 Non Mental Health Expert Disclosures – Guilt & Penalty**
   a. Government Disclosure, Case in Chief: January 4, 2027

[1] The parties anticipate that among these motions, Defendant will be filing motions connected to penalty phase discovery being produced by the Government on a rolling basis. The Government does not object to Defendant filing motions regarding that discovery on a similar rolling basis, including after the December 4 deadline as the Government produces discovery.

   b. Defense Rebuttal: February 3, 2027

3. **Government Disclosure of Witness List & Preliminary Exhibit List – Guilt & Penalty**
   a. February 3, 2027

4. **Defense Rule 16 Non Mental Health Expert Disclosures – Guilt Phase**
   a. Defense Disclosure, Case in Chief: February 3, 2027
   b. Government Rebuttal: March 4, 2027

5. **Defense Disclosure of Witness List & Preliminary Exhibit List – Guilt**
   a. March 3, 2027

6. **Rule 12.2 / Intellectual Disability Notice**
   a. Defense Notice: March 4, 2027
   b. Government Motion for rebuttal exam: March 19, 2027
   c. Defense Response: April 8, 2027

7. **Jury Summons for Potential Venire to Appear for Completion of Case-Specific Jury Questionnaire Sent by Clerks returnable June 1-June 10, 2027**
   a. March 9, 2027

8. **Defense Expert Disclosures – Penalty Phase**
   a. Defense Disclosure, Case in Chief: March 23, 2027
   b. Government Rebuttal: April 14, 2027

9. **Joint Proposed Jury Instructions (with noted disagreements)**
   a. April 8, 2027

10. **Government Notice of 404(b) Evidence; 801(d)(2)(e)**
    a. April 14, 2027

11. **Motions in Limine; Motions to Preclude or Limit Expert Testimony**
    a. Motions: May 4, 2027

b. Responses: June 1, 2027

c. Replies: June 15, 2027

d. Hearing: June 21, 2027

**12. Jurors Complete Special Questionnaire (Courthouse)**

a. June 1–June 10, 2027

**13. Pretrial Conference / Hearing on All Pending Motions**

a. June 21, 2027

**14. Defense Applications for Writs of Habeas Corpus Ad Testificandum; Trial Subpoenas (USMS transport)**

a. June 21, 2027

**15. Trial Begins**

a. August 3, 2027

DATED: October 26, 2026

B. Lynn Winmill
U.S. District Court Judge